```
                                                 USDC SDNY
                                                 DOCUMENT
                                                 ELECTRONICALLY FI
                                                 DOC #: _____
                                                 DATE FILED: 6/19/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER W. LINDNER

          Plaintiff,

-against-                                          06 CV 4751 (RJS)(DFE)

INTERNATIONAL BUSINESS MACHINES
CORPORATION, ROBERT VANDERHEYDEN,
HEATHER CHRISTO HIGGINS, JOHN DOE #1,
and JOHN DOE #2

          Defendant.

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that Plaintiff will appear at the offices of Jackson Lewis, 59 Maiden Lane, 39th Floor, New York, New York 10038, on July 8, 2009 for his deposition in connection with the above captioned matter. The Parties have agreed that the back-up date for Plaintiff's deposition is July 10, 2009.

Respectfully submitted,

Peter W. Lindner
1 Irving Place
Apt G-23-C
New York, New York 10003

Dated: June 18, 2009        By: /s/ Peter W. Lindner
New York, New York              Peter W. Lindner

*PRO SE* PLAINTIFF

1

```
                                        JACKSON LEWIS LLP
                                        59 Maiden Lane
                                        New York, New York 10038
                                        (212) 545-4000

Dated: June 19, 2009            By:     _____
       New York, New York               Kevin G. Lauri (KGL 8714)
                                        Dana Glick Weisbrod (DW 0527)

                                        ATTORNEYS FOR DEFENDANTS
```

SO ORDERED this 19th day of June, 2009

_____
U.S.D.J.