```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
PETER W. LINDNER,                              06 Civ. 4751 (RJS)(DFE)
                   Plaintiff,
                                               (This is no longer an ECF case.)
      - against -
                                               MEMORANDUM AND ORDER
INTERNATIONAL BUSINESS MACHINES
CORPORATION, et al.,

                   Defendants.
---------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/09

DOUGLAS F. EATON, United States Magistrate Judge.

1.   In my June 19, 2009 Memorandum and Order, at ¶7(c), I said: "Mr. Lindner may, on or before July 6, 2009, serve Defendants' attorneys with a copy of his reply in support of his 4/17/09 motion to compel."

2.   On July 6, 2009, at 7:15 p.m., Mr. Lindner called me and asked me for a two-week extension on the ground that his aunt died on June 30 and he attended the funeral on July 2 and made a shiva visit on July 3. I told him that I would grant him an extension only until July 10 at noon, and to send the reply to me by fax.

3.   This does not affect the other portions of my June 19 Memorandum and Order, including its ¶2, in which I directed Mr. Lindner to appear at the offices of Jackson Lewis at 9:45 a.m. sharp for up to seven hours of deposition on July 8, 2009 (or July 10 in case of emergency).

4.   I am sending today's Memorandum and Order to Mr. Lindner by fax to 212-979-9647fax. Nevertheless, to be sure he gets this as soon as possible, I direct Mr. Lauri to send Plaintiff a copy of today's Memorandum and Order as soon as possible by e-mail.

*Douglas F. Eaton*
DOUGLAS F. EATON
United States Magistrate Judge
500 Pearl Street, Room 1360
New York, New York 10007
Telephone: (212) 805-6175
Fax: (212) 805-6181fax

-1-

Dated:     New York, New York
           July 7, 2009

Copies of this Memorandum and Order are being sent by mail to:

Peter W. Lindner
1 Irving Place, Apt. G-23-C
New York, NY 10003
(also by fax to 212-979-9647fax)

Kevin G. Lauri, Esq.
Jackson Lewis LLP
59 Maiden Lane
New York, NY 10038
(also by fax to 212-972-3213 fax)

Hon. Richard J. Sullivan