UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER W. LINDNER,

                Plaintiff,

-v-

INTERNATIONAL BUSINESS MACHINES
CORP., ROBERT VANDERHEYDEN, HEATHER
CHRISTO HIGGINS, JOHN DOE #1, and JOHN
DOE #2,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/09

No. 06 Civ. 4751 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By order dated September 18, 2009, Plaintiff was instructed to file no motions and to submit no documents to the Pro Se Office without first seeking permission from this Court. The Court is now in receipt of a letter from Plaintiff dated September 26, 2009, requesting permission to file documents and speak to courthouse employees, both in the above-captioned action and in other matters.

With regard to actions other than the above-captioned action, the Court's order of September 18, 2009, does not apply, and Plaintiff may proceed consistent with applicable law and whatever orders, if any, exist in those cases.

With regard to the above-captioned action, the Court's order of September 18, 2009, does not limit Plaintiff's freedom to "[c]ommunicate to the US Marshal," "[w]rite, speak, and visit the SDNY Clerk's Office," or "[c]ommunicate with Congress, the FBI, the US Attorney, [and] the media." Plaintiff's request to file an interlocutory appeal is DENIED, however, as Plaintiff has

not pointed to "a controlling issue of law or fact" such that "an immediate appeal from the order may materially advance the ultimate termination of the litigation." *See* 28 U.S.C. 1292(b).

SO ORDERED.

Dated:   September 28, 2009
         New York, New York

              _____
              RICHARD J. SULLIVAN
              UNITED STATES DISTRICT JUDGE

A copy of this order was e-mailed to:

Peter W. Lindner
nyc10003@nyc.rr.com