UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER W. LINDNER,

                Plaintiff,

-v-

INTERNATIONAL BUSINESS MACHINES CORP., ROBERT VANDERHEYDEN, HEATHER CHRISTO HIGGINS, JOHN DOE #1, and JOHN DOE #2,

                Defendants.

No. 06 Civ. 4751 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/10

RICHARD J. SULLIVAN, District Judge:

    On January 21, 2010, this Court issued a Memorandum and Order granting Defendants' motion for summary judgment and closing this case. Plaintiff now moves, pursuant to Federal Rule of Appellate Procedure 24(a)(1), for leave to appeal *in forma pauperis*.

    The Court has issued an Order denying Plaintiff such leave. Because the Order includes confidential financial information regarding Plaintiff, it has been filed under seal.

Dated:    February 9, 2010
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

<u>A copy of this Order was e-mailed to:</u>

Peter W. Lindner
nyc10003@nyc.rr.com

Scott P. Benjamin
benjamin@bvesq.com